# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 546 MAL 2023 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| YUNEY RIJO-HENRIQUEZ | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: SURETY: FINANCIAL | : | |
| CASUALITY AND SURETY, INC. | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.